MILDRED M. ROLAND and TIMOTHY E. ROLAND, JR., Plaintiffs, v. ADIRONDACK NATIONAL BANK & TRUST COMPANY, PAUL F. McCARTHY and Others, Defend-

ants.— Motion for leave to prosecute appeal on typewritten record and brief granted. Motion for stay pending appeals granted upon condition that the appellant files typewritten record and brief within the time prescribed by statute and is ready for argument at the September Order and General Calendar Term of this court, commencing September 22, 1941. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.